UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN THOMAS MYERS,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE,<br><br>    Respondent. | Case No. 25-cv-06260-RMI<br><br>**ORDER OF TRANSFER** |

This is a civil rights case filed *pro se* by a detainee. However, a review of the filing indicates that Petitioner seeks habeas relief, to be released from custody and have the ongoing criminal prosecution against him dismissed. Petitioner is in custody and is being prosecuted in El Dorado County. El Dorado County is in the venue of the United States District Court for the Eastern District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). This district is neither. Because Petitioner's detention, prosecution, and potential conviction are occurring in the Eastern District, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: July 31, 2025

ROBERT M. ILLMAN
United States Magistrate Judge