UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN THOMAS MYERS,<br>Plaintiff,<br>v.<br>PEOPLE, et al.,<br>Defendants. | No. 2:25-cv-02161-DAD-JDP P<br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE</u><br>(Doc. No. 11) |

Plaintiff Dustin Thomas Myers is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 27, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to prosecute, to comply with court orders, and to pay the required filing fee to proceed with this action. (Doc. No. 11.) Specifically, the magistrate judge pointed out that on December 4, 2025, plaintiff was ordered to show in writing why this action should not be dismissed due to these failures on his part (Doc. No. 10) and that despite being served with the order to show cause and the court's prior orders, plaintiff had failed to respond in any way. (Doc. No. 11 at 1–2.)

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) To

date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 27, 2026 (Doc. No. 11) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute, to comply with court orders, and to pay the required filing fee to proceed with this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 28, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE